```
 1  Allan D. NewDelman, Esq, (004066)
    ALLAN D. NEWDELMAN, P.C.
 2  80 East Columbus Avenue
 3  Phoenix, Arizona  85012
    Telephone:  (602) 264-4550
 4  Facsimile:  (602) 277-0144
    Email: ANEWDELMAN@QWESTOFFICE.NET
 5  Attorney for Debtor
 6
```

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re | ) | In Proceeding Under |
| | ) | Chapter 11 |
| Jason Ronald Roggensee | ) | |
| | ) | Case No. 08-07826 RJH |
| | ) | |
| Debtor. | ) | |
| _____ | ) | Adv. No.   10-00411 RJH |
| | ) | |
| Jason Ronald Roggensee | ) | CERTIFICATE OF SERVICE AND |
| | ) | MAILING |
| Plaintiff. | ) | |
| | ) | (Re: 4376 South Hemet Street |
| v. | ) | Gilbert, AZ) |
| | ) | |
| Countrywide Home Loans, Inc. | ) | |
| and/or its Assignee or Successor | ) | |
| Real Time Resolutions, Inc. | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

R. Scott Graves, hereby states as follows:

I am a paralegal employed by Allan D. NewDelman, P.C. to represent the Debtors; that I am over the age of eighteen (18) years of age; that on the 17th day of March 2010 I caused to be deposited in the United States Mail, postage prepaid, a copy of the Summons In An Adversary Proceeding issued by the Clerk of the Court on March 17, 2010, 2009 and a copy of the

| | |
|---|---|
| 1 | Complaint to Determine the Validity, Priority or Extent of a Lien or Other Interest in Property, |
| 2 | filed on March 16, 2010 to the following parties. |
| 3 | |
| 4 | Countrywide Home Loans Bank<br>c/o CT Corporation System |
| 5 | 2394 East Camelback Road<br>Phoenix, AZ 85016 |

Complaint to Determine the Validity, Priority or Extent of a Lien or Other Interest in Property, filed on March 16, 2010 to the following parties.

Countrywide Home Loans Bank
c/o CT Corporation System
2394 East Camelback Road
Phoenix, AZ 85016

Dean R. Prober, Esquire
Polk, Prober and Raphael
20750 Ventura Blvd
#100
Woodland Hills, CA 91364
Counsel for Countrywide Home Loans, Inc.

Real Time Solutions, Inc.
1750 Regal Row
Suite 120
P.O. Box 36655
Dallas, TX 75235

Jason Ronald Roggensee
2721 East Tamarisk St
Gilbert, AZ 85296
Debtor

  Dated this 19th day of March, 2010.

                ALLAN D. NEWDELMAN, P.C.

                /s/ R. Scott Graves
                R. Scott Graves
                Paralegal for Attorney for Debtor/Plaintiff