Allan D. NewDelman, Esq, (004066)
ALLAN D. NEWDELMAN, P.C.
80 East Columbus Avenue
Phoenix, Arizona 85012
Telephone: (602) 264-4550
Facsimile: (602) 277-0144
Email: ANEWDELMAN@QWESTOFFICE.NET
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re | In Proceeding Under Chapter 11 |
| Jason Ronald Roggensee | Case No. 08-07826 RJH |
| Debtor. | Adv. No. 10-00411 RJH |
| Jason Ronald Roggensee | |
| Plaintiff. | APPLICATION FOR ENTRY OF DEFAULT |
| v. | (Re: 4376 South Hemet Street Gilbert, AZ) |
| Countrywide Home Loans, Inc. and/or its Assignee or Successor Real Time Solutions, Inc. | |
| Defendants. | |

Comes now the Plaintiff, Jason Ronald Roggensee, by and through counsel, Allan C. NewDelman, P.C. and state the following:

1.

This adversary action was opened with the filing of a Complaint to Determine the Validity, Priority or Interest in Property was filed against the Defendants, Countrywide Home

1

Loans, Inc. and/or its Assignee or Successor, Real Time Solutions, Inc. on March 16, 2010.

2.

A summons was issued to the Defendants by the Clerk of the Court on March 17, 2010 and immediately served upon the Defendants (See Docket No. 5) on March 17, 2010.

3.

The deadline to respond to the Summons was April 17, 2010. No timely response has been filed either by the Defendants or on the Defendants' behalf.

4.

As a result of the Defendant's failure to file a timely response to the Complaint, the Plaintiff is entitled to move for an entry of default against the Defendants.

5.

Plaintiff moves the Clerk of the Court to enter an entry of default the Defendants.

Respectfully submitted this 21st day of April, 2010.

    /s/ Allan D. NewDelman
Allan D. NewDelman
Counsel for the Plaintiff

| | |
|---|---|
| 1 | A copy of the foregoing |
| 2 | mailed this 21st day<br>of April, 2010, to: |
| 3 | |
| 4 | Countrywide Home Loans Bank<br>c/o CT Corporation System |
| 5 | 2394 East Camelback Road<br>Phoenix, AZ 85016 |
| 6 | |
| 7 | Dean R. Prober, Esquire<br>Polk, Prober and Raphael |
| 8 | 20750 Ventura Blvd<br>#100 |
| 9 | Woodland Hills, CA 91364 |
| 10 | Counsel for Countrywide Home Loans, Inc. |
| 11 | Gerard R. O'Meara, Esquire<br>Gus Rosenfeld, P.L.C. |
| 12 | 1 South Church Avenue<br>Suite 1900 |
| 13 | Tucson, AZ 85701-1620 |
| 14 | Counsel for Countrywide Home Loans, Inc. |
| 15 | Real Time Solutions, Inc. |
| 16 | 1750 Regal Row<br>Suite 120 |
| 17 | P.O. Box 36655<br>Dallas, TX 75235 |
| 18 | |
| 19 | Jason Ronald Roggensee<br>2721 East Tamarisk St |
| 20 | Gilbert, AZ 85296<br>Debtor |
| 21 | |
| 22 | |
| 23 | /s/ R. Scott Graves |
| 24 | R. Scott Graves<br>Paralegal |
| 25 | |
| 26 | |
| 27 | |
| 28 | 3 |