Allan D. NewDelman, Esq, (004066)
ALLAN D. NEWDELMAN, P.C.
80 East Columbus Avenue
Phoenix, Arizona 85012
Telephone: (602) 264-4550
Facsimile: (602) 277-0144
Email: ANEWDELMAN@QWESTOFFICE.NET
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re | ) | In Proceeding Under |
| | ) | Chapter 11 |
| Jason Ronald Roggensee | ) | |
| | ) | Case No. 08-07826 RJH |
| | ) | |
| Debtor. | ) | |
| | ) | Adv. No.  10-00411 RJH |
| _____ | ) | |
| | ) | |
| Jason Ronald Roggensee | ) | APPLICATION FOR ENTRY OF |
| | ) |  DEFAULT |
| Plaintiff. | ) | |
| | ) | (Re: 4376 South Hemet Street |
| v. | ) |  Gilbert, AZ) |
| | ) | |
| Countrywide Home Loans, Inc. | ) | |
| and/or its Assignee or Successor | ) | |
| Real Time Solutions, Inc. | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Comes now the Plaintiff, Jason Ronald Roggensee, by and through counsel, Allan C. NewDelman, P.C. and state the following:

1.

This adversary action was opened with the filing of a Complaint to Determine the Validity, Priority or Interest in Property was filed against the Defendants, Countrywide Home

1

1   Loans, Inc. and/or its Assignee or Successor, Real Time Solutions, Inc.  on March 16, 2010.

2                                              2.

3
        A summons was issued to the Defendants by the Clerk of the Court on March 17, 2010
4
5   and immediately served upon the Defendants (See Docket No. 5) on March 17, 2010.

6                                              3.

7        The deadline to respond to the Summons was April 17, 2010.  No timely response has

8   been filed either by the Defendants or on the Defendants' behalf.

9                                              4.

10
        As a result of the Defendant's failure to file a timely response to the Complaint, Plaintiff
11
12  moves the Clerk of the Court for an entry of default against  the Defendants.

13                                             5.

14       Defendants are a corporation and not in the military service.

15       Respectfully submitted this 24th day of June, 2010.

16

17

18                                            /s/ Allan D. NewDelman
                                             Allan D. NewDelman
19                                           Counsel for the Plaintiff

20

21

22

23

24

25

26

27

28                                           2

A copy of the foregoing
mailed this 24th day
of June, 2010, to:

Countrywide Home Loans Bank
c/o CT Corporation System
2394 East Camelback Road
Phoenix, AZ 85016

Real Time Solutions, Inc.
1750 Regal Row
Suite 120
P.O. Box 36655
Dallas, TX 75235

Jason Ronald Roggensee
2721 East Tamarisk St
Gilbert, AZ 85296
Debtor


/s/ R. Scott Graves
R. Scott Graves
Paralegal